The People of the State of New York, Appellant and Respondent, v. Jennie Laura J. Starke-Belknap and the New York Central Railroad Company, Respondents and Appellants, and Others, Defendants. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.